Case 4:25-cv-05456   Document 8   Filed 12/16/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR IVAN FLORES MARTINEZ, | § | |
| Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05456 |
| PAM BONDI, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner Victor Ivan Flores Martinez has filed a Notice of Voluntary Dismissal, which the Court construes as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a). Accordingly, the Court **ORDERS** as follows:

1. Petitioner's motion for voluntary dismissal (Doc. No. 7) is **GRANTED**.

2. This case is **DISMISSED without prejudice.**

3. All settings and deadlines are **VACATED.**

4. All other pending motions, if any, are **DENIED** as **MOOT.**

SIGNED on this \_\_\_16th\_\_\_ day of December 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE